# RETURN

**ATTORNEY'S NAME:** Stephens, Justin 30987
**AND ADDRESS:** 450 Laurel St Fl 20,
Baton Rouge LA 70801

RECEIVED AND FILED

2015 MAR 9 PM 3 54

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2014 -- 07139   1   DIVISION: F   SECTION: 7

CUMMINGS, JOHN J. III ET AL versus CAPITOL PROPERTIES, LLC ET AL

## CITATION

**TO:** CAPITOL PROPERTIES, LLC
THROUGH: ITS REGISTERED AGENT
CHRISTINA SINGLETON
48 GRACES LODGE ROAD
ZWOLLE         LA   71486

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
TO COLLECT SUMS DUE ON PROMISSORY NOTES AND GUARANTEES AND FOR DECLARATORY RELIEF AS TO EXTENT, VALIDY, AND ENFORCEABILITY OF MORTGAGE W/EXHIBITS ATTACHED

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA   July 22, 2014 .

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA

by _____
Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this 20th day of August 2014 served a copy of the w/i petition TO COLLECT SUMS DUE ON PROMISSORY NOTES AND GUARANTEES AND FOR DECLARATORY RELIEF AS TO EXTENT, VALIDY, AND ENFORCEABILITY OF MORTGAGE W/EXHIBITS ATTACHED On CAPITOL PROPERTIES, LLC THROUGH: ITS REGISTERED AGENT Christina Singleton 08/25/14 Returned same day John D Ebarb No. SP24 Deputy Sheriff of Sabine Parish Sheriff's Office Mileage: $ _____ / ENTERED / PAPER / RETURN / 42 SERIAL NO.  DEPUTY  PARISH | On this _____ day of _____ served a copy of the w/i petition TO COLLECT SUMS DUE ON PROMISSORY NOTES AND GUARANTEES AND FOR DECLARATORY RELIEF AS TO EXTENT, VALIDY, AND ENFORCEABILITY OF MORTGAGE W/EXHIBITS ATTACHED On CAPITOL PROPERTIES, LLC THROUGH: ITS REGISTERED AGENT by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ CAPITOL PROPERTIES, LLC being absent from the domicile at time of said service. Returned same day No. _____ Deputy Sheriff of _____ |

VERIFIED Janice _____ Deputy Clerk

Exhibit 6

Case Number: 066609 Transaction Date: 3/9/2015 Seq: 60 Page Sequence: 1