# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

No.: 2014-07139                                          Division: F, Sec. 7

John J. Cummings, III, etal
versus
Capitol Properties, LLC, et al

| | |
|---|---|
| PARTY TO BE SERVED: | John J. Cummings, III, Cummings, Cummings & Dittenhefer & Little Pine Island |
| THROUGH: | their counsel of record, Stephen F. Chiccarelli & Justin Stephens, BAKER, DONE |
| ADDRESS: | 450 Laurel Street |
| SUITE/ROOM: | 20th Floor |
| CITY: | Baton Rouge, LA 70801 |
| SPECIAL SERVICE INSTRUCTIONS: | |
| DOCUMENT TYPE: | Exception of Improper Venue and Exception of Improper Cumulation of Actions |
| FILED BY ATTORNEY: | Brian E. Dollar    BAR NO. 33805 |
| DATE OF FILING: | September 5, 2014 |
| ATTACHMENTS/EXHIBITS: | |

### RETURN FOR PERSONAL SERVICE

On the __7__ day of __Oct__ 20 __14__ served a copy of the within __Summons__

_____ On

__Stephen Chiccarelli__

_____ in

person _hereytomist_

_____

Return same day
S. Derosin #1006
Deputy Sheriff of Orleans Parish

CM ENTERED _____
PAPER        RETURN

6 / 101
SERIAL NO.   DEPUTY   PARISH

### DOMICILIARY SERVICE

On this _____ day of _____ 20 __ served a copy of the within _____

on _____

by leaving same at _____ domicile or usual place of abode _____
in the hand of _____
a person of suitable age and discretion, residing therein as a member of _____ domiciliary establishment, whose name and other facts connected with this service I learned by interrogating the said _____
the said _____ being absent from _____ domicile at time of said service.
Returned same day

Deputy Sheriff of Orleans Parish
RECEIVED

Exhibit 7

Form 95
SHERIFF'S RETURN
Case Number: 066609 Transaction Date: 3/9/20...

CIVIL DISTRICT COURT * ORLEANS PARISH
STATE OF LOUISIANA

JOHN J. CUMMINGS, III, ET AL

VERSUS NO. 2014-07139                DIVISION F, SEC. 7

CAPITOL PROPERTIES, LLC, ET AL

FILED SEP -5 2014 CLERK'S OFFICE CIVIL DISTRICT COURT

## DECLINATORY EXCEPTION OF IMPROPER VENUE AND DILATORY EXCEPTION OF IMPROPER CUMULATION OF ACTIONS

NOW COME Defendants, Capitol Properties, LLC, Nantucket Plaza, LLC, Jack Singleton, and Nantucket Bay Subdivision, LLC (collectively, the "Defendants"), represented through undersigned counsel, who now assert their Declinatory Exception of Improper Venue and Dilatory Exception of Improper Cumulation of Actions, pursuant to *La. C.C.P. Arts. 925(4)* and *926(7)*, respectively, all for the reasons more fully set forth in the accompanying memorandum.

WHEREFORE, Defendants respectfully request that this Court grant their Declinatory Exception of Improper Venue and either dismiss Plaintiff's claims or transfer them to the proper venue of Sabine Parish, Louisiana. Defendants further pray that their Exception of Improper Cumulation be sustained and that an appropriate order issue with respect thereto.

By: _____
Johnny E. Dollar
Louisiana Bar Number #5004
James G. Buckley
Louisiana Bar Number #30345
Brian E. Dollar
Louisiana Bar Number #33805

DOLLAR LAW FIRM, LLC
Post Office Box 14310
Monroe, Louisiana 71207-4310
Telephone: 318/387-9000
Facsimile: 318/387-9976

### CERTIFICATE OF SERVICE

This is to certify that an exact copy of the above and foregoing has been served upon all counsel of record by email transmission and thereafter by US Mail, postage prepaid and properly addressed for delivery.

Monroe, Louisiana, this 5th day of September 2014.

_____
Of Counsel