CIVIL DISTRICT COURT * ORLEANS PARISH
STATE OF LOUISIANA

FILED SEP - 5 2014
CLERK'S OFFICE
CIVIL DISTRICT COURT

JOHN J. CUMMINGS, III, ET AL

VERSUS NO. 2014-07139          DIVISION F, SEC. 7

CAPITOL PROPERTIES, LLC, ET AL

ORDER

The foregoing considered:

IT IS ORDERED that the Declinatory Exception of Improper Venue and the Dilatory Exception of Improper Cumulation of Actions filed herein by Defendants be and they are hereby set for contradictory hearing on the _____ day of __OCT 1 7 2014__, 2014, at _10:00_ o'clock _A_ M., in Courtroom _____, Civil District Court, New Orleans, Louisiana.

THUS ORDERED AND SIGNED this _____ day of __SEP 16 2014__, 2014, in New Orleans, Louisiana.

_____
Christopher J. Bruno, District Judge

DWAYNE J. MALLET
MINUTE CLERK DIVISION "F"
Civil District Court
421 Loyola Ave. Room 302
New Orleans, LA 70112
(504) 407-0250

PLEASE SERVE:
John J. Cummings, III
Cummings, Cummings & Dudenhefer
Little Pine Island Corporation
Through their counsel of record
Stephen F. Chiccarelli
Justin Stephens
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
450 Laurel Street, 20th Floor
Baton Rouge, LA 70801

ENTERED RULE DOCKET/COMPUTER ✓
SERVICE COPIES TO SHERIFF ✓
CARD WITH RULE DATE MAILED ✓
COPY OF DOCUMENT MAILED _____
RULE DATE RECEIVED _____

ENTERED ON MINUTES
SEP 1 8 2014

Exhibit 9