**ORIGINAL**

| | | |
|---|---|---|
| JOHN J. CUMMINGS, III, ET AL | * | CIVIL NO. 2014-07139   DIV. "E" |
| VERSUS | * | CIVIL DISTRICT COURT |
| CAPITOL PROPERTIES, LLC, ET AL | * | PARISH OF ORLEANS |
| | * | STATE OF LOUISIANA |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE AND INCORPORATED MEMORANDUM IN SUPPORT

NOW INTO COURT, through undersigned counsel, come John J. Cummings, III ("JC"), Cummings, Cummings & Dudenhefer, a Professional Law Corporation ("CC&D"), and Little Pine Island Corporation ("LP" and, collectively with JC and CC&D, the "Movants"), who, in support of their Motion to Voluntarily Dismiss Without Prejudice, aver as follows:

1.

In their Verified Petition to Collect Sums Due on Promissory Notes and Guarantees and for Declaratory Relief as to Extent, Validity, and Enforceability of Mortgage (the "Petition"), Movants asserted claims against Capitol Properties, L.L.C. ("Capitol"), Nantucket Plaza, L.L.C. ("NP"), Jack Singleton ("Singleton") and Nantucket Bay Subdivision, L.L.C. ("NBS" and, collectively with Capitol, NP and Singleton, the "Defendants") seeking:

(i) To enforce a Promissory Note dated March 21, 2010, made by Capitol in favor of JC in the original principal amount of $500,000 (the "Capitol/JC Note Claim");

(ii) To enforce Singleton and NP's guaranty of the obligations set forth in the Capitol/JC Note Claim (the "Capitol/JC Note Guaranty Claim");

(iii) Declaratory relief as to the extent, validity and enforceability of a Multiple Indebtedness Mortgage executed in favor of JC by NP on March 31, 2010 (the "Capitol/JC Note Mortgage Claim");

(iv) To enforce a Promissory Note dated December 17, 2009, made by Capitol in favor of CC&D in the original principal amount of $445,000 (the "Capitol/CC&D Note Claim");

(v) To enforce NBS' guaranty of the obligations set forth in the Capitol/CC&D Note Claim (the "Capitol/CC&D Note Guaranty Claim");

(vi) Declaratory relief as to the extent, validity and enforceability of a Multiple Indebtedness Mortgage executed in favor of CC&D by NBS on December 17, 2009 (the "Capitol/CC&D Note Mortgage Claim");

**VERIFIED**
Amber Darby
Deputy Clerk

BA JWS01 87349 v1
2922342-000002 11/26/2014

Exhibit 10

(vii) To enforce that certain Loan Agreement entered into by and between LP, as lender, Capitol, as borrower, and NBS, as guarantor, on October 27, 2009 (the "Loan Agreement Claim");

(viii) To enforce the three promissory notes made in favor of LP by Capitol on (1) December 17, 2009, for $100,000, (2) October 27, 2009 for $375,000 and (3) December 2, 2009, for $180,000 (collectively, the "Capitol/LP Notes Claim"); and

(ix) Declaratory relief as to the extent, validity and enforceability of that certain Multiple Indebtedness Mortgage executed in favor of LP by NBS on October 27, 2009 (the "Capitol/LP Notes Mortgage Claim").

2.

Defendants in this matter have filed a Declinatory Exception of Improper Venue and Dilatory Exception of Improper Cumulation of Actions (the "Exception").

3.

Upon reviewing the legal authorities cited by Defendants in support of their Exceptions, Movants desire to voluntarily dismiss this action, without prejudice, as to all claims asserted in the Petition **except** the Capitol/CC&D Note Claim.

4.

The relief requested herein by Movants moots the need for a hearing on Defendants' Exception, as the sole claim that shall remain pending is CC&D's claim to enforce a promissory note executed by Capitol in Orleans Parish.

5.

Movants' motion should be granted as a dismissal without prejudice is the appropriate action on the types of declinatory and dilatory exceptions asserted by Defendants in their Exception. See *Maxwell v. Swain*, 524 So.2d 826 (La. App. 3 Cir. 1988); *Fusilier v. Pescier's Estate*, 412 So.2d 172 (La. App. 3 Cir. 1982).

6.

Counsel for Defendants has been contacted concerning the relief requested in this Motion, and objects to said relief being granted by the Court.

**WHEREFORE**, in light of the foregoing, Movants respectfully request this Court issue an Order dismissing all claims asserted in the Petition, other than the Capitol/CC&D Note Claim, **without prejudice**.

Respectfully submitted,

Stephen F. Chiccarelli (#16858)
Justin Stephens (#30987)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
450 Laurel. Street, 20th Floor
Baton Rouge, LA 70801
Telephone: (225) 381-7000
Facsimile: (225) 343-3612

*Counsel for Movants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Motion to Voluntarily Dismiss Without Prejudice has been served upon all counsel of record via facsimile, and by placing a copy of same in the U.S. Mail, properly addressed and postage pre-paid, this 21st day of November, 2014.

Justin W. Stephens