RECEIVED AND FILED

2015 MAR  9  PM 4 14

TAMMY FOSTER
CLERK OF COURT
SABINE PARISH

FILED
2014 DEC -1 A 9 20
DISTRICT COURT

JOHN J. CUMMINGS, III, ET AL   *   CIVIL NO. 2014-07139   DIV. "F"

VERSUS        *   CIVIL DISTRICT COURT

CAPITOL PROPERTIES, LLC, ET AL   *   PARISH OF ORLEANS

           *   STATE OF LOUISIANA

       *  

* * * * * * * * * * * * * * * * * * * * * * * *

---

### RULE TO SHOW CAUSE

---

  Considering the *Motion to Voluntarily Dismiss Without Prejudice and Incorporated Memorandum in Support* filed on behalf of plaintiffs in the above captioned matter and the *Declinatory Exception of Improper Venue and Dilatory Exception of Improper Cumulation of Actions* filed on behalf of defendants in the above captioned matter:

  **IT IS ORDERED**, that the parties appear and show cause on the **2nd** day of January, ~~2014~~ **2015**, at __9__ o'clock __a__.m why the relief requested in the above-referenced motions should not be granted.

  Parish of Orleans, State of Louisiana, this **2nd** day of __Dec__, 2014.

         *Bregg Borrello*

        ~~JUDGE, Civil District Court~~

**PLEASE SERVE:**

1.   Capitol Properties, L.L.C., Nantucket Plaza, L.L.C., Jack Singleton and Nantucket Bay Subdivision, L.L.C.
   Through their Attorney of Record:
   Johnny Dollar
   The Dollar Law Firm
   301 Hudson Ln.
   Monroe, LA 71201

          BREEZY BORRELLO
        COURT CRIER  DIVISION "F"
         Civil District Court
         421 Loyola Ave. Room 302
         New Orleans, LA 70112
         (504) 407-0254

2.   John J. Cummings, III; Cummings, Cummings & Dudenhefer, a Professional Law Corporation, and Little Pine Island Corporation
   Through their Attorney of Record
   Stephen F. Chiccarelli
   Baker, Donelson, Bearman
   Caldwell & Berkowitz, PC
   450 Laurel Street, 20th Floor
   Baton Rouge, LA 70801

ENTERED RULE DOCKET/COMPUTER ____ ✓
SERVICE COPIES TO SHERIFF ____ 2
CARD WITH RULE DATE MAILED ____
COPY OF DOCUMENT MAILED ____ ✓
RULE DATE RECEIVED ____

DEC 0 3 2014

**Exhibit 11**