JOHN J. CUMMINGS, III, ET AL  \*  CIVIL NO. 2014-11139

VERSUS  \*  CIVIL DISTRICT COURT

CAPITOL PROPERTIES, LLC, ET AL  \*  PARISH OF ORLEANS

\*  STATE OF LOUISIANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**CONSIDERING** the Motion to Voluntarily Dismiss Without Prejudice filed by plaintiffs in the above captioned matter, John J. Cummings, III; Cummings, Cummings & Dudenhefer, a Professional Law Corporation; and Little Pine Island Corporation;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims asserted in the Verified Petition to Collect Sums Due on Promissory Notes and Guarantees and for Declaratory Relief as to Extent, Validity, and Enforceability of Mortgage, other than the claim asserted by Cummings, Cummings & Dudenhefer, a Professional Law Corporation, to enforce a Promissory Note dated December 17, 2009, made by Capitol Properties, L.L.C. in the original principal amount of $445,000, are hereby dismissed, without prejudice, with plaintiffs to bear their own costs.

Thus done and passed this ____ day of _____, 2014.

_____
**DISTRICT JUDGE, CIVIL DISTRICT COURT
PARISH OF ORLEANS, STATE OF LOUISIANA**

**Exhibit 12**

BA JWS01 87349 v1
2922342-000007 11/26/2014
Case Number: 066609 Transaction Date: 3/9/2015 Seq: 54 Page Sequence: 1