RECEIVED AND FILED
2015 MAR 9 PM 4 14
TAMMY FOSTER
CLERK OF COURT
CADDO PARISH

FILED
2014 DEC 15 A 11: 32

JOHN J. CUMMINGS, III, ET AL    CIVIL NO.: 2014-07139   DIVISION: "F"

**CIVIL DISTRICT COURT**

**VERSUS**

**PARISH OF ORLEANS**

CAPITOL PROPERTIES, LLC, ET AL    **STATE OF LOUISIANA**

FILED: _____    _____
                                                         DEPUTY CLERK

## UNOPPOSED MOTION TO CONTINUE

**NOW INTO COURT**, through undersigned counsel, come John J. Cummings, III, Cummings, Cummings & Dudenhefer, a Professional Law Corporation, and Little Pine Island Corporation (collectively, the "Movants"), aver as follows:

1.

Movants filed its Motion to Voluntarily Dismiss Without Prejudice and Incorporated Memorandum in Support on December 1, 2014 and this Court entered a Rule to Show Cause scheduling the hearing for January 2, 2015 at 9:00 a.m.

Counsel for Movants was served with the Rule to Show Cause on December 10, 2014.

2.

Counsel for Movants have a conflict for the hearing date of January 2, 2015.

3.

Therefore, counsel for Movants request a postponement of the Rule to Show Cause currently scheduled for January 2, 2015 for a time thereafter as is convenient for the Court.

4.

Counsel for Defendants have been contacted and has no opposition to the continuance of this matter.

**WHEREFORE, PREMISES CONSIDERED,** John J. Cummings, III, Cummings, Cummings & Dudenhefer, a Professional Law Corporation, and Little Pine Island Corporation request the Unopposed Motion to Continue be granted that the Rule to Show Cause be continued for a time thereafter as is convenient for the Court.

*Amber Darby*
VERIFIED
Amber Darby
Deputy Clerk

Exhibit 13

BA SFC 88407 v1
2922342-00000
Case Number: 066609 Transaction Date: 3/9/2015 Seq: 53 Page Sequence: 1
DEC 19 2014

DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT
421 LOYOLA AVENUE, ROOM 402
NEW ORLEANS, LA 70112
504-407-0000

CASE#: 2014 - 07139  SEC.: 7
RECEIPT#: 469024
               PRICE      PAID      BAL
MOTION TO CONTINUE
               $  47.00  $   47.00  $   0.00

TOTAL PAID CASE # 201407139:  $47.00

CHANGE DUE $.00

Check #008185 Amt. $47.00

FILED

2014 DEC 15 A 11: 32

CIVIL
DISTRICT COURT

Respectfully Submitted,

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC

By: _S.C_____

STEPHEN F. CHICCARELLI (La. Bar No. 16858)
JUSTIN STEPHENS (La. Bar No. 30987)
450 Laurel Street, 20th Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7000
Facsimile: (225) 343-3612
**Counsel for John J. Cummings, III, Cummings,
Cummings & Dudenhefer, a Professional Law
Corporation, and Little Pine Island Corporation**

2



FILED

2014 DEC 15 A 11: 32

CIVIL
DISTRICT COURT

| | |
|---|---|
| JOHN J. CUMMINGS, III, ET AL | CIVIL NO.: 2014-07139, DIVISION: "F" |
| VERSUS | CIVIL DISTRICT COURT |
| | PARISH OF ORLEANS |
| CAPITOL PROPERTIES, LLC | STATE OF LOUISIANA |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Unopposed Motion to Continue has been served upon the following counsel of record via email and by placing a copy of same in the U. S. Mail, property addressed and postage pre-paid:

Johnny Dollar
Brian Allen
The Dollar Law Firm
301 Hudson Lane
Monroe, LA 71201

this 17th day of December, 2014.

_____
Stephen F. Chiccarelli