RECEIVED AND FILED

2015 MAR 9 PM 4 14

TAMMY FOSTER
CLERK OF COURT

**FILED**

2014 DEC 15 A 11: 32

JOHN J. CUMMINGS, III, ET AL          CIVIL NO: 2014-07139   DIVISION: "F"

CIVIL DISTRICT COURT

**VERSUS**

PARISH OF ORLEANS

**CAPITOL PROPERTIES, LLC. ET AL**     STATE OF LOUISIANA

FILED: _____             _____
                                         DEPUTY CLERK

## ORDER

Considering the foregoing Unopposed Motion to Continue,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Unopposed Motion to Continue is GRANTED and the Rule to Show Cause be continued to **JAN 2 3 2015**, 20___ at 9:00 a. m.

New Orleans, Louisiana, this ___ day of **DEC 17 2014**, 20___.

_____
JUDGE, CIVIL DISTRICT COURT
PARISH OF ORLEANS
JUDGE
CHRISTOPHER J. BRUNO
DIVISION "F"

**PLEASE MAIL NOTICE TO:**

**Capitol Properties, L.L.C., Nantucket Plaza, L.L.C., Jack Singleton and Nantucket Bay Subdivision, L.L.C.**
Through their Attorney of Record:
Johnny Dollar
Brian Allen
The Dollar Law Firm
301 Hudson Lane
Monroe, LA 71201

and

**John J. Cummings, III, Cummings, Cummings & Dudenhefer, a Professional Law Corporation, and Little Pine Island Corporation**
Through their Attorney of Record:
Stephen F. Chiccarelli
Baker Donelson Bearman Caldwell & Berkowitz, PC
450 Laurel Street, 20th Floor
Baton Rouge, LA 70801

ENTERED RULE DOCKET/COMPUTER _____
SERVICE COPIES TO SHERIFF _____
CARD WITH RULE DATE MAILED _____
COPY OF DOCUMENT MAILED ✓

DEC 1 9 2014   RULE DATE RECEIVED _____

ENTERED ON MINUTES

BA SFC 88407 v1
2922342-000007

Case Number: 066609 Transaction Date: 3/9/2015 Seq: 52 Page Sequence: 1

**Exhibit 14**