# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

No.: 2014-07139          Division: F

John J. Cummings, III, ET AL
versus
Capitol Properties, LLC, ET AL

| | |
|---|---|
| PARTY TO BE SERVED: | Capitol Properties, L.L.C., Nantucket Plaza, L.L.C., Jack Singleton, Nantucket Bay Subdivision, L.L.C. |
| THROUGH: | Their Attorney of Record: Johnny Dollar |
| ADDRESS: | The Dollar Law Firm, 301 Hudson Lane |
| SUITE/ROOM: | |
| CITY: | Monroe, LA 71201 |
| SPECIAL SERVICE INSTRUCTIONS: | |
| DOCUMENT TYPE: | Rule to Show Cause and Motion |
| FILED BY ATTORNEY: | Justin W. Stephens         BAR NO: 30987 |
| DATE OF FILING: | |
| ATTACHMENTS/EXHIBITS: | |

### RETURN FOR PERSONAL SERVICE

On the _____ day of _____ 20 ___ served a copy of the within _____ On _____ in person _____

Return same day

Deputy Sheriff of Orleans Parish

_____ ENTERED _____

PAPER            RETURN

SERIAL NO.   DEPUTY   PARISH

### DOMICILIARY SERVICE

On this _____ day of _____ 20 ___ served a copy of the within _____ on _____ by leaving same at _____ domicile or usual place of abode _____ in the hand of _____ a person of suitable age and discretion, residing therein as a member of _____ domiciliary establishment, whose name and other facts connected with this service I learned by interrogating the said _____ the said _____ being absent from _____ domicile at time of said service.

Returned same day

Deputy Sheriff of Orleans Parish

**SHERIFF'S RETURN**

Form 95
TAMMY FOSTER
CLERK OF COURT
SABINE PARISH
2015 MAR 9 PM 4 15
RECEIVED AND FILED

**Exhibit 15**

OUACHITA PARISH SHERIFF'S OFFICE
DATE 12-1-2014  TIME 9/2
(X) PER TO: _____
( ) PER VIA ( ) DOM ( ) U.T.S. Sec
ATTEMPT SERVICE(S):
#1 _____ TIME: _____
#2 _____ TIME: _____
#3 _____ TIME: _____

Case Number: 066609 Transaction Date: 3/9/2...