# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

No.: 2014-07139          Division: F

John J. Cummings, III, ET AL

versus

Capitol Properties, LLC, ET AL

**RECEIVED** DEC 09 2014 E.B.R. SHERIFF

| | |
|---|---|
| PARTY TO BE SERVED: | John J. Cummings, III, Cumming, Cummings & Dudenhefer, Little Pine Island |
| THROUGH: | Their Attorney of Record: Stephen F. Chiccarelli |
| ADDRESS: | 450 Laurel Street, 20th Floor |
| SUITE/ROOM: | |
| CITY: | Baton Rouge, LA 70801 |
| SPECIAL SERVICE INSTRUCTIONS: | |
| DOCUMENT TYPE: | Rule to Show Cause and Motion |
| FILED BY ATTORNEY: | Justin W. Stephens     BAR NO. 30987 |
| DATE OF FILING: | |
| ATTACHMENTS/EXHIBITS: | |

2014 DEC -1 P 3: 21 CIVIL DISTRICT COURT FILED

**RETURN FOR PERSONAL SERVICE**

On the _10_ day of _Dec_ 20 _14_ served a copy of the within _Summons_

On _Stephen F. Chiccarelli_

in person _Receptionist_

Return same day
S. DeRosin #1006

Deputy Sheriff of Orleans Parish

_____ ENTERED _____

PAPER       RETURN

7, 01

SERIAL NO.   DEPUTY   PARISH

**DOMICILIARY SERVICE**

On this _____ day of _____ 20 __ served a copy of the within _____

on _____

by leaving same at _____ domicile or usual place of abode _____ in the hand of _____ a person of suitable age and discretion, residing therein as a member of _____ domiciliary establishment, whose name and other facts connected with this service I learned by interrogating the said _____

the said _____ being absent from _____ domicile at time of said service.

Returned same day

Deputy Sheriff of Orleans Parish

**SHERIFF'S RETURN**

TAMMY FOSTER CLERK OF COURT SABINE PARISH

RECEIVED AND FILED 2015 MAR 9 PM 4:15 Form 95 TAMMY FOSTER CLERK OF COURT SABINE PARISH

**Exhibit 16**

VERIFIED

Case Number: 066609 Transaction Date: 3/9/2015 Sect. 50 Page Sequence: 1