| | |
|---|---|
| JOHN J. CUMMINGS, III, ET AL | CIVIL NO. 2014-0?139-"DIV F" |
| VERSUS | CIVIL DISTRICT COURT |
| | PARISH OF ORLEANS |
| CAPITOL PRIOPERTIES, LLC, ET AL | STATE OF LOUISIANA |

## UNOPPOSED MOTION TO SET HEARING ON DEFENDANTS' DECLINATORY EXCEPTION OF IMPROPER VENUE AND DILATORY EXCEPTION OF IMPROPER CUMULATION OF ACTIONS

NOW INTO COURT, through undersigned counsel, comes Defendants, Capitol Properties, LLC, Nantucket Plaza, LLC, Nantucket Bay Subdivision, LLC, and Jack Singleton (collectively "Defendants"), represented herein through undersigned counsel, who respectfully aver as follows:

1.

Defendants' *Declinatory Exception of Improper Venue and Dilatory Exception of Improper Cumulation of Actions* ("Exceptions") was filed herein on September 5, 2014.

2.

The hearing on the Exceptions was fixed for October 17, 2014.

3.

By consent, the hearing set for October 17, 2014, was upset.

4.

Since then, Plaintiffs have requested, with consent, that the Court continue the hearing on their *Voluntary Motion to Dismiss Without Prejudice*, which has now been set for January 23, 2015, at 9:00 a.m.

5.

In the interest of judicial economy, Defendants respectfully request that the hearing on their Exceptions also be set for hearing on January 23, 2015 at 9:00 a.m.

6.

Counsel for Plaintiffs was contacted and has no opposition to the scheduling of the requested hearing on Defendants' Exceptions of Improper Venue and Improper Cumulation of Actions for January 23, 2015 at 9:00 a.m.

WHEREFORE, PREMISES CONSIDERED, Defendants, Capitol Properties, LLC, Nantucket Plaza, LLC, Nantucket Bay Subdivision, LLC and Jack Singleton request that the

VERIFIED
Amber Darby
Deputy Clerk
Case Number: 066609 Transaction Date: 3/9/2015 Seq: 49 Page Sequence: 1
VERIFIED
Exhibit 17

hearing on their *Exception of Improper Venue and Dilatory Exception of Improper Cumulation of Actions* be set for January 23, 2015 at 9:00 a.m.

FILED
2014 DEC 23 P 4: 56
CIVIL
DISTRICT COURT

Respectfully submitted,

DOLLAR LAW FIRM
Post Office Box 14310
Monroe, Louisiana 71207-4310
Telephone: 318/387-9000
Facsimile: 318/387-9976

By: _____
Johnny E. Dollar, #5004
Brian E. Dollar, #33807

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Unopposed Motion to Set Hearing on Defendants' Declinatory Excetion of Improper Venue and Dilatory Exception of Improper Cumulation of Actions* has been served upon the following counsel of record via email and facsimile:

    Stephen F. Chiccarelli
    Justin Stephens
    450 Laurel Street, 20th Floor
    Baton Rouge, Louisiana
    225/343-3612

Monroe, Louisiana, this 22nd day of December, 2014.

_____
Of Counsel