JOHN J. CUMMINGS, III, ET AL     CIVIL NO. 2014-07139 -DIV "F"

VERSUS     CIVIL DISTRICT COURT

PARISH OF ORLEANS

CAPITOL PRIOPERTIES, LLC, ET AL     STATE OF LOUISIANA

## ORDER

Considering the foregoing:

IT IS ORDERED, ADJUDGED AND DECREED that the hearing on Defendants' *Declinatory Exception of Improper Venue and Dilatory Exception of Improper Cumulation* of Actions be set for **January 23, 2015** at **9:00 a.m.**

New Orleans, Louisiana, this    JAN - 5 2015    , 20___.

Honorable Christopher J. Bruno, ~~Judge,~~ Div. F

DWAYNE J. MALLET
MINUTE CLERK DIVISION "F"
Civil District Court
421 Loyola Ave. Room 302
New Orleans, LA 70112
(504) 407-0250

**Please Mail Notice To:**

John J. Cummings, III
Cummings, Cummings & Dudenhefer
Little Pine Island Corporation
Through their Attorney of Record
Stephen F. Chiccarelli
Baker, Donelson, Bearman, Caldwell & Berkowitz
450 Laurel Street, 20th Floor
Baton Rouge, LA 70801

And

Capitol Properties, LLC
Nantucket Plaza, LLC
Nantucket Plaza Subdivision, LLC
Jack Singleton
Through their Attorney of Record
Johnny Dollar
Brian Dollar
Dollar Law Firm
Post Office Box 14310
Monroe, LA 71207-4310

JAN 0 8 2015

ENTERED ON MINUTES

**Exhibit 18**

**VERIFIED**

Case Number: 066609 Transaction Date: 3/9/2015 Seq: 48 Page Sequence: 1