JOHN J. CUMMINGS, III, ET AL

VERSUS

CAPITOL PROPERTIES, LLC, ET AL

CIVIL NO. 2014-07139 – DIV. "F"

**FILED**

CIVIL DISTRICT COURT

PARISH OF ORLEANS

STATE OF LOUISIANA

**CIVIL DISTRICT COURT**

## ORDER

On January 23, 2015, this Court heard Plaintiffs' Motion to Voluntarily Dismiss Without Prejudice and Defendants' Declinatory Exception of Improper Venue.    After the Court considered the law, evidence and the memoranda and arguments of counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs' July 21, 2014 **Verified Petition to Collect Sums Due on Promissory Notes and Guarantees and for Declaratory Relief as to Extent, Validity, and Enforceability of Mortgage** are hereby transferred to the Eleventh Judicial District Court, Sabine Parish, Louisiana.

THUS ORDERED IN OPEN COURT on the 23rd day of January, 2015.

THUS ENTERED AND SIGNED IN New Orleans, Louisiana, this _____ DAY OF _____ **FEB – 6 2015** _____, 2015.

_____
Christopher J. Bruno, Judge, Division F

Approved as to form and content:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
450 Laurel Street, 20th Floor
Baton Rouge, Louisiana
Telephone: 225/343-3612

By:_____
    Stephen F. Chiccarelli, #16858
    Justin Stephens, #30987
Counsel for John J. Cummings, III, et al

DOLLAR LAW FIRM, LLC
Post Office Box 14310
Monroe, Louisiana 71207-4310
Telephone: 318/387-9000
Facsimile: 318/387-9976

By:_____
    Johnny E. Dollar, #5004
    Brian E. Dollar, #33805
Counsel for Capitol Properties, LLC, et al

2015 MAR 9 PM 4 18
RECEIVED AND FILED
TAMMY FOSTER
CLERK OF COURT
SABINE PARISH

**FEB 10 2015**
**ENTERED ON MINUTES**

Amber Darby
**VERIFIED**
Amber Darby
Deputy Clerk

**Exhibit 20**