**Civil District Court for the Parish of Orleans**
**STATE OF LOUISIANA**

No. 2014 - 07139                                                                       Section: 07 - F

CUMMINGS, JOHN J. III ET AL
versus
CAPITOL PROPERTIES, LLC ET AL

Date Case Filed: 7/21/2014

NOTICE OF SIGNING OF JUDGMENT

TO:

Stephen F Chiccarelli Esq      16858
PO Box 3197
450 Laurel St Fl 20
Baton Rouge          LA 70821-3197

Brian E Dollar Esq       33805
301 Hudson Ln
Monroe          LA 71201

In accordance with Article 1913 C.C.P., you are hereby notified that Judgment in the above entitled and numbered cause was signed on February 6, 2015 New Orleans, Louisiana.
February 6, 2015

MINUTE CLERK

FEB 10 2015
ENTERED ON MINUTES

Exhibit 21

Case Number: 066609 Transaction Date: 3/9/2015 Seq: 45 Page Sequence: 1