RECEIVED AND FILED
2015 MAR 13 PM 3 00
TAMMY FOSTER
SABINE PARISH

**11TH JUDICIAL DISTRICT COURT FOR THE PARISH OF SABINE**

**STATE OF LOUISIANA**

SUIT NO. 66609

**JOHN J. CUMMINGS, III; CUMMINGS CUMMINGS & DUDENHEFER, A PROFESSIONAL LAW CORPORATION; LITTLE PINE ISLAND CORPORATION**

V.

**CAPITOL PROPERTIES, LLC; NANTUCKET PLAZA, L.L.C.; JACK SINGLETON; AND NANTUCKET BAY SUBDIVISION, L.L.C.**

FILED: _____          _____
                                                          **DEPUTY CLERK**

**JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

NOW INTO COURT, through undersigned counsel, comes Plaintiffs JOHN J. CUMMINGS, III; CUMMINGS CUMMINGS & DUDENHEFER, A PROFESSIONAL LAW CORPORATION, LITTLE PINE ISLAND CORPORATION ("Plaintiffs"), who respectfully represent that its current counsel, Stephen F. Chiccarelli (La. Bar No. 16858) and Justin Stephens (La. Bar No. 30987), of the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, desire to withdraw as counsel of record for Plaintiffs in the above-captioned matter. Plaintiffs further requests that R. Patrick Vance (La. Bar No. 13008), Laura F. Ashley (La. Bar No. 32820), and Tyler J. Rench (La. Bar No. 34049) of the law firm Jones Walker LLP, be substituted as counsel of record for Plaintiffs in this case.

WHEREFORE, Plaintiffs JOHN J. CUMMINGS, III; CUMMINGS CUMMINGS & DUDENHEFER, A PROFESSIONAL LAW CORPORATION, LITTLE PINE ISLAND CORPORATION, respectfully request that this Court enter an Order authorizing the withdrawal of Stephen F. Chiccarelli and Justin Stephens as its counsel of record, and substituting R. Patrick Vance, Laura F. Ashley, and Tyler J. Rench of the law firm Jones Walker LLP in their place.

_signature_
STEPHEN F. CHICCARELLI (LA #16858)
JUSTIN STEPHENS (LA #30987)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
450 Laurel Street, 20th Floor
Baton Rouge, Louisiana 70801
Telephone: 225-381-7000
Facsimile: 225-343-3612
*Counsel for Plaintiffs*

_signature_
R. PATRICK VANCE (LA #13008)
LAURA F. ASHLEY (LA #32820)
TYLER J. RENCH (LA #34049)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8336
pvance@joneswalker.com
lashley@joneswalker.com
trench@joneswalker.com
*Proposed Counsel for Plaintiffs*

{N2987596.1}

1

**Exhibit 22**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all parties to this

proceeding by U.S. Mail and/or e-mail transmission, this 11th day of March, 2015.

       Johnny E. Dollar
       Brian E. Dollar
       DOLLAR LAW FIRM
       Post Office Box 14310
       Monroe, LA 71207
       *Attorneys for Defendants*

{N2987596.1}

2