RECEIVED AND FILED

2015 MAR 13 PM 3 00

TAMMY FOSTER
CLERK OF COURT
SABINE PARISH

**11TH JUDICIAL DISTRICT COURT FOR THE PARISH OF SABINE**

**STATE OF LOUISIANA**

**SUIT NO. 66609**

**JOHN J. CUMMINGS, III; CUMMINGS CUMMINGS & DUDENHEFER, A PROFESSIONAL LAW CORPORATION; LITTLE PINE ISLAND CORPORATION**

V.

**CAPITOL PROPERTIES, LLC; NANTUCKET PLAZA, L.L.C.; JACK SINGLETON; AND NANTUCKET BAY SUBDIVISION, L.L.C.**

**FILED:** _____         _____
                                                    **DEPUTY CLERK**

### ORDER

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel filed on behalf of Plaintiffs JOHN J. CUMMINGS, III; CUMMINGS CUMMINGS & DUDENHEFER, A PROFESSIONAL LAW CORPORATION, LITTLE PINE ISLAND CORPORATION ("Plaintiffs");

IT IS HEREBY ORDERED that Stephen F. Chiccarelli (La. Bar No. 16858) and Justin Stephens (La. Bar No. 30987), of the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, be allowed to withdraw and hereby are withdrawn as counsel of record for Plaintiffs in the above-captioned matter.

IT IS FURTHER ORDERED that R. Patrick Vance (La. Bar No. 13008), Laura F. Ashley (La. Bar No. 32820), and Tyler J. Rench (La. Bar No. 34049) of the law firm Jones Walker LLP, 201 St. Charles Avenue, Suite 5100, New Orleans, Louisiana 70170, (504) 582-8000, be substituted as counsel of record for Plaintiffs JOHN J. CUMMINGS, III; CUMMINGS CUMMINGS & DUDENHEFER, A PROFESSIONAL LAW CORPORATION, LITTLE PINE ISLAND CORPORATION in the above-captioned matter.

Many, Louisiana, this 16th day of March, 2015.

_____
**JUDGE**

/cc Chiccarelli,
Ashley
3-16-15

{N2987596.1}

**Exhibit 23**