RECEIVED AND FILED

2015 MAR 13 PM 3 00

TAMMY FOSTER
CLERK OF COURT
SABINE PARISH

# 11TH JUDICIAL DISTRICT COURT FOR THE PARISH OF SABINE
## STATE OF LOUISIANA

**DOCKET NO: 66609**

**JOHN J. CUMMINGS, III; CUMMINGS CUMMINGS & DUDENHEFER, A PROFESSIONAL LAW CORPORATION; AND LITTLE PINE ISLAND CORPORATION**

**VERSUS**

**CAPITOL PROPERTIES, LLC; NANTUCKET PLAZA, L.L.C.; JACK SINGLETON; AND NANTUCKET BAY SUBDIVISION, L.L.C**

**FILED: _____**                        **_____**
                                                                           **DEPUTY CLERK**

## EX PARTE MOTION TO AMEND AND SEVER

**NOW INTO COURT,** through undersigned counsel, comes John J. Cummings, III ("Mr. Cummings"), Cummings, Cummings & Dudenhefer, a Professional Law Corporation ("CC&D"), and Little Pine Island Corporation ("LP", collectively with Mr. Cummings and CC&D, the "Plaintiffs"), who, file this Ex Parte Motion to Amend and Sever (the "Motion"), and represent as follows:

1. On July 31, 2014, Plaintiffs filed their *Verified Petition to Collect Sums Due on Promissory Notes and Guarantees and for Declaratory Relief as to the Extent, Validity, and Enforceability of Mortgage* (the "Petition") in the Civil District Court for the Parish of Orleans.

2. On September 5, 2014, the Defendants filed a declinatory exception of Improper Venue and Dilatory Exception of Improper Cumulation of Actions (the "Exception").

3. On February 6, 2015, the Court granted the Exception and transferred the entire proceeding to this Court.

4. The Defendants' Exception also noted that the Petition contained improper cumulation of actions that should be severed.

5. To address Defendants' concerns regarding the improper cumulation of actions, Plaintiffs hereby move to amend and partially sever certain causes of actions pursuant to Louisiana Code of Civil Procedure, articles 1151 and 963.

Exhibit 24

{N2975570.2}                                      1

6. Louisiana Code of Civil Procedure, article 1151 provides, in pertinent part, that "a plaintiff may amend his petition without leave of course at any time before the answer thereto is served."

7. Louisiana Code of Civil Procedure, article 963 provides that "if the order applied for by written motion is one to which the mover is clearly entitled without supporting proof, the court may grant the order ex parte and without hearing the adverse party."

8. Here, Plaintiffs are entitled to amend their Petition because no answer has been filed in this case. The Plaintiffs are also entitled to partially sever their actions as the Defendants requested this very relief in their Exception. Thus, the Plaintiffs propose filing an amended petition substantively similar to the draft attached hereto as **Exhibit 1** (the "Proposed Amended Petition").

9. The Proposed Amended Petition retains the cause of action on behalf of Plaintiff CC&D against Defendants Capitol Properties, L.L.C. ("Capitol"), and Nantucket Bay Subdivision, L.L.C. ("NBS"). The remaining claims on behalf of the other Plaintiffs and Defendants will be severed into separate lawsuits.

10. Specifically, Plaintiffs have filed, contemporaneously with the submission of this Motion, the following pleadings:

    a. A petition on behalf of LP against NBS and Capitol, styled *Little Pine Island Corporation v. Nantucket Bay Subdivision, LLC and Capitol Properties, LLC*, to collect sums due on promissory notes, guaranty agreements, and to recognize and enforce a mortgage, a copy of which is attached hereto as **Exhibit 2** (without exhibits); and

    b. A petition on behalf of Mr. Cummings against Singleton and codefendant Nantucket Plaza, LLC ("NP"), styled *John J. Cummings, III v. Capitol Properties, LLC, Jack Singleton, and Nantucket Plaza, LLC*, to collect sums due on a promissory note, a guaranty agreement, and to recognize and enforce a mortgage, a copy of which is attached hereto as **Exhibit 3** (without exhibits).

**WHEREFORE**, Plaintiffs pray that that the Court grant their Ex Parte Motion and issue an order (a) granting the Plaintiffs leave to file a First Amended Petition substantively similar to

{N2975570.2}      2

the draft attached hereto as Exhibit 1, and (b) recognizing the severance of claims on behalf of the other Plaintiffs and Defendants into the following actions:

    a.    A claim by LP against Singleton and Capitol in substantially the form of the petition attached hereto as Exhibit 2, styled *Little Pine Island Corporation v. Nantucket Bay Subdivision, LLC and Capitol Properties, LLC*;

    b.    A claim by Mr. Cummings against Capitol and NP in substantially the form of the petition attached hereto as Exhibit 3, styled *John J. Cummings, III v. Capitol Properties, LLC, Jack Singleton, and Nantucket Plaza, LLC*.

Respectfully submitted,

*/s/ Laura Ashley*
R. PATRICK VANCE (LA #13008)
LAURA F. ASHLEY (LA #32820)
TYLER J. RENCH (LA #34049)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8336
pvance@joneswalker.com
lashley@joneswalker.com
trench@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of March, 2015, the undersigned delivered copy of the foregoing Ex Parte Motion to Amend and Sever to those parties listed below via U.S. Mail, postage prepaid:

Johnny E. Dollar
Brian E. Dollar
Post Office Box 14310
Monroe, Louisiana 71207-4310
*Counsel for Defendants*

*/s/ Laura Ashley*
LAURA F. ASHLEY