RECEIVED AND FILED

2015 MAR 13 PM 3 00

TAMMY FOOTER
CLERK OF COURT
SABINE PARISH

**11TH JUDICIAL DISTRICT COURT FOR THE PARISH OF SABINE**
**STATE OF LOUISIANA**

DOCKET NO: _____                                               DIV. "____"

**JOHN J. CUMMINGS, III; CUMMINGS CUMMINGS & DUDENHEFER, A PROFESSIONAL LAW CORPORATION; AND LITTLE PINE ISLAND CORPORATION**

**VERSUS**

**CAPITOL PROPERTIES, LLC; NANTUCKET PLAZA, L.L.C.; JACK SINGLETON; AND NANTUCKET BAY SUBDIVISION, L.L.C.**

FILED: _____                                    _____
                                                          **DEPUTY CLERK**

<u>**ORDER**</u>

Considering the foregoing Ex Parte Motion to Amend and Sever (the "Motion"), filed on behalf of Plaintiffs herein,

IT IS HEREBY ORDERED that the Motion to granted;

IT IS FURTHER ORDERED that Plaintiffs are granted leave to file the First Amended Petition substantively similar to the draft attached to the Motion as Exhibit 1;

IT IS FURTHER ORDERED that the Court recognizes the partial severance of claims on behalf of the other Plaintiffs and Defendants into the following separate actions:

1. A claim by Little Pine Island Corporation against Nantucket Bay Subdivision, LLC, and Capitol Properties, LLC, in substantially the form of the petition attached to the Motion as Exhibit 2;

2. A claim by John J. Cummings, III against Capitol Properties, LLC, Jack Singleton, and Nantucket Plaza, LLC, in substantially the form of the petition attached to the Motion as Exhibit 3.

Many, Louisiana, this _____ day of March, 2015.

_____
**JUDGE**

See Court's 3/23/2015
Order of Judgment for
Setting Declaratory hearing

Exhibit 25