# DOLLAR LAW FIRM, LLC
## ATTORNEYS AND COUNSELORS AT LAW
Post Office Box 4310
Monroe, LA 71207-4310

JOHNNY E. DOLLAR
BRIAN E. DOLLAR

TELEPHONE
(318) 387-9000
TELECOPIER
(318) 387-9976

RECEIVED AND FILED
2015 MAR 18 PM 2 25
TAMMY FOSTER
CLERK OF COURT
SABINE PARISH

**DATE:** March 18, 2015      **TIME:** 1:45 p.m.

**TO:** Clerk, Sabine Parish      **FAX NUMBER:** 318/256-9037

**FROM:** Brian Dollar      **TRANSMITTING OPERATOR:** MRA

[NOTE: If there are any problems receiving the entirety of this transmission, please call Marilyn Averitt at (318) 387-9000, ex. 202.]

**NUMBER OF PAGES**, including cover sheet: 2

**MATERIAL DESCRIPTION:** *Cummings, et al v Capitol Properties, et al*
Civil No. 66,609
*Defendants' Opposition to Plaintiffs' Ex Parte Motion to Amend and Sever*

**COMMENTS:** Copy by fax: Honorable Stephen B. Beasley, Judge @ 318/256-8886;
R. Patrick Vance, Laura F. Ashley & Tyler Rench @ 504/582-8583

A confirmation copy of the enclosed documents  X will / ___ will not be forwarded to you by  X  United States Mail, First Class / ___ Overnight Delivery / ___ Hand Delivered.

## CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney/client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the documents.

Exhibit 27

RECEIVED AND FILED

11th JUDICIAL DISTRICT COURT FOR THE PARISH OF SABINE
STATE OF LOUISIANA

2015 MAR 18 PM 2 25

TAMMY FOSTER
CLERK OF COURT
SABINE PARISH

JOHN J. CUMMINGS, III; CUMMINGS, CUMMINGS & DUDENHEFER, A PROFESSIONAL LAW CORPORATION; AND, LITTLE EPINE ISLAND CORPORATION

VERSUS DOCKET NO: 66,609

CAPITOL PROPERTIES, LLC; NANTUCKET PLAZA, LLC; JACK SINGLETON; AND, NANTUCKET BAY SUBDIVISION, LLC

FILED:_____  DY. CLERK:_____

### DEFENDANTS' OPPOSITION TO PLAINTIFFS' EX PARTE MOTION TO AMEND AND SEVER

On March 17, 2015, counsel for Defendants received Plaintiffs' *Ex Parte Motion to Amend and Sever*. Given the history of dealings between the parties in this lawsuit and the pending litigation between those parties in different parts of the state, Defendants respectfully request that this Court set Plaintiffs' *Ex Parte Motion to Amend and Sever* for hearing.

Respectfully submitted,

DOLLAR LAW FIRM, LLC
Post Office Box 14310
Monroe, Louisiana 71207-4310
Telephone: 318/387-9000
Facsimile: 318/387-8076

By: _____
Johnny E. Dollar, #0500
johnny.dollar@thedollarlawfirm.com
Brian F. Dollar, #33805
brian.dollar@thedollarlawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that the undersigned delivered a copy of the foregoing to those parties listed below, via United States Mail, postage prepaid and properly addressed for delivery to:

R. Patrick Vance
Laura F. Ashley
Tyler J. Rench
JONES WALKER, LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170.

Monroe, Louisiana, this 18th day of March, 2015.

_____
Of Counsel