

RECEIVED AND FILED
2015 MAR 19 PM 2:34
TAMMY FOSTER

# FACSIMILE

201 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70170-5100
www.joneswalker.com

| | | | |
|---|---|---|---|
| **From:** | Laura F. Ashley | **Date:** | March 19, 2015 |
| **Direct Dial:** | 504-582-8118 | **Reference:** | |

Number of pages being transmitted including the cover page: ~~14~~ 15

| TO | Fax No. | Phone No. |
|---|---|---|
| Clerk of Court 11th Judicial District Court | 318-256-9037 | |

### Message/Document(s) faxed:

Please file the attached Reply in Support of Ex Parte Motion to Amend and Sever into the record for Case No. 66609. Please provide an invoice for the total cost of filing the attached and we will forward payment along with the original pleading. Thank you

**Please call us if all pages are not received 504-582-8000.**

ORIGINAL DOCUMENTS: Will follow by ☒ mail ☐ courier – OR – ☐ Will not follow unless requested.

———————————— JONES WALKER LLP ————————————

ALABAMA  ARIZONA  CALIFORNIA  DISTRICT OF COLUMBIA  FLORIDA  GEORGIA  LOUISIANA  MISSISSIPPI  NEW YORK  OHIO  TEXAS

Exhibit 28

Case Number: 066609 Transaction Date: 3/19/2015 Seq: 33 Page Sequence: 1

RECEIVED AND FILED

2015 MAR 19 PM 2 34

**11ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF SABINE**
**STATE OF LOUISIANA**

TAMMY FOSTER
CLERK OF COURT
SABINE PARISH

**DOCKET NO: 66609**

**JOHN J. CUMMINGS, III; CUMMINGS CUMMINGS & DUDENHEFER, A PROFESSIONAL LAW CORPORATION; AND LITTLE PINE ISLAND CORPORATION**

**VERSUS**

**CAPITOL PROPERTIES, LLC; NANTUCKET PLAZA, L.L.C.; JACK SINGLETON; AND NANTUCKET BAY SUBDIVISION, L.L.C.**

FILED: _____          _____
                                 **DEPUTY CLERK**

### REPLY IN SUPPORT OF
### EX PARTE MOTION TO AMEND AND SEVER

**NOW INTO COURT**, through undersigned counsel, comes John J. Cummings, III ("Mr Cummings"), Cummings, Cummings & Dudenhefer, a Professional Law Corporation ("CC&D"), and Little Pine Island Corporation ("LP", collectively with Mr. Cummings and CC&D, the "Plaintiffs"), who file this reply in support of their *Ex Parte Motion to Amend and Sever* (the "Ex Parte Motion"), and represent as follows:

On March 12, 2015, Plaintiffs filed their Ex Parte Motion with the Court. Defendants, citing no other reason than the "history of dealings," have requested that the Court set the Ex Parte Motion for hearing. Defendants' request should be denied.

Plaintiffs' Ex Parte Motion is in direct response to the Defendants' exception of improper cumulation of actions. A copy of the Defendants' exception is attached hereto as **Exhibit 1**, and a copy of the related order, entered by the Civil District Court on February 6, 2015, is attached hereto as **Exhibit 2**. As stated in the Ex Parte Motion, a "plaintiff may amend his petition without leave of court at any time before the answer thereto is served." La. Code C. Proc. art. 1151. Additionally, Louisiana Code of Civil Procedure article 963 provides that "if the order applied for by written motion is one to which the mover is clearly entitled without supporting proof, the court may grant the order ex parte and without hearing the adverse party." La. Code C. Proc. art. 963.

{N2991601.1}

Here, Plaintiffs are entitled to amend their petition and file new petitions to cure the Defendants' perceived defect of improper cumulation of actions because no answer has been served. To this end, Plaintiffs voluntarily filed the Ex Parte Motion and requested that the Court give them leave to amend and sever as provided in La. C. C. Proc. arts. 963 and 1151. Despite the unambiguous language of articles 963 and 1151, Defendants, citing no authority, request a hearing. Defendants' request is an attempt to delay the efficient litigation of claims between the parties. Accordingly, the Defendants' request should be denied.

For the foregoing reasons Plaintiffs request that the Court grant their Ex Parte Motion, without need for a hearing, and enter an order (a) granting the Plaintiffs leave to file a First Amended Petition substantively similar to the draft attached to the Ex Parte Motion as Exhibit 1, and (b) recognizing the severance of claims on behalf of the other Plaintiffs and Defendants into the following actions:

    a. A claim by LP against Singleton and Capitol styled *Little Pine Island Corporation v. Nantucket Bay Subdivision, LLC and Capitol Properties, LLC*;

    b. A claim by Mr. Cummings against Capitol and NP styled *John J. Cummings, III v. Capitol Properties, LLC, Jack Singleton, and Nantucket Plaza, LLC*.

Respectfully submitted,

*/s/ Laura Ashley*
R. PATRICK VANCE (LA #13008)
LAURA F. ASHLEY (LA #32820)
TYLER J. RENCH (LA #34049)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8336
pvance@joneswalker.com
lashley@joneswalker.com
trench@joneswalker.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of March, 2015, the undersigned delivered copy of the foregoing *Reply in Support of Ex Parte Motion to Amend and Sever* to those parties listed below via facsimile and via U.S. Mail, postage prepaid:

Johnny E. Dollar
Brian E. Dollar
Post Office Box 14310
Monroe, Louisiana 71207-4310
Facsimile: 318-387-9976
*Counsel for Defendants*

LAURA F. ASHLEY

{N2991601.1}                                3