11th JUDICIAL DISTRICT COURT FOR THE PARISH OF SABINE
STATE OF LOUISIANA

RECEIVED AND FILED
2015 MAR 19 AM 11 31
TAMMY FOSTER
CLERK OF COURT

JOHN J. CUMMINGS, III; CUMMINGS, CUMMINGS & DUDENHEFER, A
PROFESSIONAL LAW CORPORATION; AND, LITTLE PINE ISLAND
CORPORATION

VERSUS DOCKET NO: 66,609

CAPITOL PROPERTIES, LLC; NANTUCKET PLAZA, LLC; JACK SINGLETON;
AND, NANTUCKET BAY SUBDIVISION, LLC

FILED:_____   DY. CLERK:_____

### DEFENDANTS' OPPOSITION TO PLAINTIFFS'
### EX PARTE MOTION TO AMEND AND SEVER

On March 17, 2015, counsel for Defendants received Plaintiffs' *Ex Parte Motion to Amend and Sever*. Given the history of dealings between the parties in this lawsuit and the pending litigation between those parties in different parts of the state, Defendants respectfully request that this Court set Plaintiffs' *Ex Parte Motion to Amend and Sever* for hearing.

Respectfully submitted,

DOLLAR LAW FIRM, LLC
Post Office Box 14310
Monroe, Louisiana 71207-4310
Telephone: 318/387-9000
Facsimile: 318/387-9976

By: _____
Johnny E. Dollar, #05004
johnny.dollar@thedollarlawfirm.com
Brian E. Dollar, #33805
brian.dollar@thedollarlawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that the undersigned delivered a copy of the foregoing to those parties listed below, via United States Mail, postage prepaid and properly addressed for delivery to:

R. Patrick Vance
Laura F. Ashley
Tyler J. Rench
JONES WALKER, LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170.

Monroe, Louisiana, this 18th day of March, 2015.

_____
Of Counsel

**Exhibit 32**