| | |
|---|---|
| 2. Article Number<br>7196 9008 9111 9779 5016 | COMPLETE THIS SECTION ON DELIVERY<br>A. Received by (Please Print Clearly) / Date of Delivery<br>Curt Pennicci  3-30-15<br>C. Signature<br>X  ☒ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes ☒ No<br>If YES, enter delivery address below: |
| 3. Service Type  CERTIFIED MAIL™ | |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 1. Article Addressed to:<br>LAURA F. ASHLEY<br>201 ST. CHARLES AVENUE, SUITE 5100<br>NEW ORLEANS, LA 70170 | Reference Information<br>CIVIL 66-09 |

PS Form 3811, January 2005      Domestic Return Receipt

Exhibit 33

Case Number: 066609 Transaction Date: 3/23/2015 Seq: 26 Page Sequence: 1