RECEIVED AND FILED
2015 MAR 24 AM 11 01
TAMMY FOSTER
CLERK OF COURT
SABINE PARISH

**11TH JUDICIAL DISTRICT COURT FOR THE PARISH OF SABINE**
**STATE OF LOUISIANA**

**DOCKET NO.: 66609**

**JOHN J. CUMMINGS; CUMMINGS, CUMMINGS & DUDENHEFER, A PROFESSIONAL LAW CORPORATION; AND LITTLE PINE ISLAND CORPORATION**

**VERSUS**

**CAPITOL PROPERTIES, LLC; NANTUCKET PLAZA, LLC; JACK SINGLETON; AND NANTUCKET BAY SUBDIVISION, LLC**

..................................................................................

**ORDER**

THIS HONORABLE COURT, EX PROPRIO MOTU:

**IT IS ORDERED** that Plaintiffs' Ex Parte Motion to Amend and Sever filed March 13, 2015, be set for contradictory hearing on **Monday, May 4, 2015, at 9:00 a.m.** at the Sabine Parish Courthouse located 400 South Capitol Street in Many, Louisiana; and

**IT IS FURTHER ORDERED** that the Clerk of Court notify the parties of the signing of this Order and that Defendants be served with a certified copy of said motion, sans exhibits.

**THUS DONE AND SIGNED** in Chambers, in the Town of Many, Parish of Sabine, and State of Louisiana, on this, the ___ day of March, 2015.

HON. STEPHEN B. BEASLEY
DISTRICT COURT JUDGE

Exhibit 34