## NOTICE OF HEARING

JOHN J. CUMMINGS, ET AL

VERSUS

CAPITOL PROPERTIES, LLC, ET AL



Case: 66,609
Division:
11th Judicial District Court
Parish of Sabine
State of Louisiana

TO: LAURA F. ASHLEY
201 ST. CHARLES AVENUE, SUITE 5100
NEW ORLEANS, LA 70170
7196 9008 9111 9779 5016

JOHNNY E. DOLLAR
P.O. BOX 14310
MONROE, LA 71207-4310
7196 9008 9111 9779 5023

Parish of SABINE

**YOU ARE HEREBY NOTIFED** that the above numbered and captioned case has been set down for hearing on **MAY 4, 2015,** at 9:00 A.M., all as set out in a certified copy which is attached hereto and made a part hereof.

**WITNESS THE HONORABLE JUDGES** of said Court, on this the 26TH day of MARCH, 2015.

Atty:

Tammy Foster
Clerk of Court

By: Deputy Clerk of Court

**THIS IS TO CERTIFY** that
this Notice was MAILED
to the above person(s) on the
26TH day of MARCH, 2015.

Shelly Salter, Deputy Clerk

Exhibit 35

Case Number: 066609 Transaction Date: 3/24/2015 Seq: 24 Page Sequence: 1