

Exhibit 36