# CITATION

JOHN J CUMMINGS III, ET AL

Versus

CAPITOL PROPERTIES LLC, ET AL

Case: 066609
Division:
11th Judicial District Court
Parish of Sabine
State of Louisiana

To: MAGGIE D LLC,
THROUGH ITS AGENT FOR SERVICE OF PROCESS,
JOHN J CUMMINGS, III
416 GRAVIER ST
NEW ORLEANS, LA

Parish of ORLEANS

You are hereby summoned to comply with the demand contained in the INTERVENTION, ANSWER, AFFIRMATIVE DEFENSES, RECONVENTIONAL AND THIRD PARTY DEMAND a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 11th Judicial District Court in and for the Parish of Sabine, State of Louisiana, within fifteen (15) days after service hereof, under penalty of default.

GIVEN UNDER MY HAND AND OFFICIAL SEAL, at Many, Parish of Sabine, Louisiana, on this the 10 day of APRIL, 2015.

Tammy Foster
Clerk of Court

By: Deputy Clerk of Court



Atty:

## SERVICE INFORMATION

PERSONAL SERVICE_____  DATE_____

DOMICILIARY SERVICE_____

THROUGH_____

OFFICER_____

Hon. Tammy Foster
Sabine Parish Clerk of Court
P. O. Box 419
Many, LA 71449

**Exhibit 40**

[ FILED COPY ]

Case Number: 066609 Transaction Date: 4/14/2015 Seq: 10 Page Sequence: 1