## CITATION

| | |
|---|---|
| JOHN J CUMMINGS III, ET AL | Case: 066609 |
| | Division: |
| Versus | 11th Judicial District Court |
| | Parish of Sabine |
| CAPITOL PROPERTIES LLC, ET AL | State of Louisiana |

To: S H J J LLC,
THROUGH ITS AGENT FOR SERVICE OF PROCESS,
JOHN D. WOGAN
701 POYDRAS ST., STE 5000
NEW ORLEANS, LA

Parish of ORLEANS

You are hereby summoned to comply with the demand contained in the INTERVENTION, ANSWER, AFFIRMATIVE DEFENSES, RECONVENTIONAL AND THIRD PARTY DEMAND a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 11th Judicial District Court in and for the Parish of Sabine, State of Louisiana, within fifteen (15) days after service hereof, under penalty of default.

GIVEN UNDER MY HAND AND OFFICIAL SEAL, at Many, Parish of Sabine, Louisiana, on this the 10 day of APRIL, 2015.

Tammy Foster
Clerk of Court

By: Deputy Clerk of Court

Atty:

---

## SERVICE INFORMATION

PERSONAL SERVICE _Sue, P.L._  DATE _4/21/2015_

DOMICILIARY SERVICE _____

THROUGH _____

OFFICER _Andrew Smith, Jr. #1744 - D.P.S.O._

Hon. Tammy Foster
Sabine Parish Clerk of Court
P. O. Box 419
Many, LA 71449

**Exhibit 41**

Case Number: 066609 Transaction Date: 4/14/2015 Seq: 8 Page Sequence: 1