# CITATION

| | |
|---|---|
| JOHN J CUMMINGS III, ET AL | Case: 066609 |
| | Division: |
| Versus | 11th Judicial District Court |
| | Parish of Sabine |
| CAPITOL PROPERTIES LLC, ET AL | State of Louisiana |

To: PETER J BABIN III,
    68 INLET DRIVE
    SLIDELL, LA 70458

Parish of ST TAMMANY

You are hereby summoned to comply with the demand contained in the INTERVENTION, ANSWER, AFFIRMATIVE DEFENSES, RECONVENTIONAL AND THIRD PARTY DEMAND a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 11th Judicial District Court in and for the Parish of Sabine, State of Louisiana, within fifteen (15) days after service hereof, under penalty of default.

GIVEN UNDER MY HAND AND OFFICIAL SEAL, at Many, Parish of Sabine, Louisiana, on this the 10 day of APRIL, 2015.

Tammy Foster
Clerk of Court



By: Deputy Clerk of Court

Atty:

---

## SERVICE INFORMATION

PERSONAL SERVICE_____  DATE_____

DOMICILIARY SERVICE_____

THROUGH_____

OFFICER_____

Hon. Tammy Foster
Sabine Parish Clerk of Court
P. O. Box 419
Many, LA 71449

# Exhibit 42

[ FILED COPY ]