## NOTICE OF SERVICE

| | |
|---|---|
| JOHN J CUMMINGS III, ET AL | Case: 066609 |
| | Division: |
| Versus | 11th Judicial District Court |
| | Parish of Sabine |
| CAPITOL PROPERTIES LLC, ET AL | State of Louisiana |

TO: JOHNNY E DOLLAR
DOLLAR LAIRD, LLP
P. O. BOX 14310
MONROE, LA  712074310

Date of Service: April 21, 2015

Number of Service: 1

Personal/Domiciliary: SHJJ LLC THRU JOHN D WOGAN

Issued by the Clerk of Court on the 27 day of APRIL, 2015.

Tammy Foster
Clerk of Court



**Pleading Served:**
INTERVENTION, ANSWER REC DEMAND ETC    By: Deputy Clerk of Court

# Exhibit 43

[ FILED COPY ]