**DOLLAR LAW FIRM, LLC**
ATTORNEYS AND COUNSELORS AT LAW
Post Office Box 14310
Monroe, LA 71207-4310

JOHNNY E. DOLLAR
BRIAN E. DOLLAR

RECEIVED AND FILED
APR 27 PM 4 26
TAMMY FOSTER
CLERK OF COURT
SABINE PARISH

TELEPHONE
(318) 387-9000
TELECOPIER
(318) 387-9975

**DATE:** April 27, 2015          **TIME:** 3:20 p.m.

**TO:** Clerk, Sabine Parish        **FAX NUMBER:** 318/256-9037

**FROM:** Johnny Dollar        **TRANSMITTING OPERATOR:** MRA

[NOTE: If there are any problems receiving the entirety of this transmission, please call Marilyn Averitt at (318) 387-9000, ex. 202.]

**NUMBER OF PAGES**, including cover sheet: 3

**MATERIAL DESCRIPTION:**     *Cummings, et al v Capitol Properties, et al*
Civil No. 66,609
*Defendants' Supplemental Opposition to Plaintiffs'*
*Ex Parte Motion to Amend and Sever*

**COMMENTS:** Copy by fax: Honorable Stephen B. Beasley, Judge @ 318/256-8886;
R. Patrick Vance, Laura F. Ashley & Tyler Rench @ 504/582-8583

A confirmation copy of the enclosed documents  X will /  will not be forwarded to you by X United States Mail, First Class / ___ Overnight Delivery / ___ Hand Delivered.

### CONFIDENTIALITY NOTICE

*This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney/client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the documents.*

**Exhibit 44**

**11th JUDICIAL DISTRICT COURT FOR THE PARISH OF SABINE**
**STATE OF LOUISIANA**

JOHN J. CUMMINGS, III; CUMMINGS, CUMMINGS & DUDENHEFER, A
PROFESSIONAL LAW CORPORATION; AND. LITTLE PINE ISLAND
CORPORATION

RECEIVED AND FILED
2015 APR 27 PM 4 26

VERSUS DOCKET NO: 66,609

CAPITOL PROPERTIES, LLC; NANTUCKET PLAZA, LLC; JACKSON-LEE, LLC;
AND. NANTUCKET BAY SUBDIVISION, LLC

TAMMY FOSTER
CLERK OF COURT
SABINE PARISH

FILED:_____          DY. CLERK:_____

**DEFENDANTS' SUPPLEMENTAL OPPOSITION TO**
**PLAINTIFFS' EX-PARTE MOTION TO AMEND AND SEVER**

MAY IT PLEASE THE COURT:

This entire action was originally instituted in Orleans Parish, Louisiana. The action involves multiple claims involving multiple parties. Defendants filed an Exception of Improper Venue and an Exception of Improper Cumulation of Actions in the Orleans Parish original suit filing. The exceptions were set for hearing and the court in Orleans Parish issued a single ruling finding the Exceptions of Improper Venue to be well founded and correspondingly ordered this entire case to be transferred to this court in Sabine Parish.

Subsequently, Defendants filed their Answer, Reconventional Demand and Intervention of Christina Singleton asserting multiple causes of action against multiple parties connected by a common thread, being the conduct of Mr. Cummings.

Therefore, there is no longer a need for Defendants to pursue their Exception of Improper Cumulation of Actions inasmuch as that exception has become moot as a consequence of Defendant's filings of responsive pleadings in this court.

Accordingly, the court is requested to dismiss Defendant's Exception of Improper Cumulation of Actions and to also deny Plaintiff's Motion to Sever.

Respectfully submitted,

DOLLAR LAW FIRM, LLC
Post Office Box 14310
Monroe, Louisiana 71207-4310
Telephone. 318/387-9000
Facsimile. 318/387-9976

By _____
Johnny E. Dollar, #05004
johnny.dollar@thedollarlawfirm.com
Counsel for Capitol Properties. LLC, et al

[1]

CERTIFICATE OF SERVICE

I hereby certify that the undersigned delivered a copy of the foregoing to those parties listed below, via facsimile and thereafter via United States Mail, postage prepaid and properly addressed for delivery to:

R. Patrick Vance
Laura F. Ashley
Tyler J. Rench
JONES WALKER, LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170.

Monroe, Louisiana, this 27 day of April, 2015.

Of Counsel

[2]