## NOTICE OF SERVICE

JOHN J CUMMINGS III, ET AL

Versus

CAPITOL PROPERTIES LLC, ET AL

Case: 066609
Division:
11th Judicial District Court
Parish of Sabine
State of Louisiana

TO:  JOHNNY E DOLLAR
     DOLLAR LAIRD, LLP
     P. O. BOX 14310
     MONROE, LA  712074310

Date of Service: April 22, 2015

Number of Service: 1

Personal/Domiciliary: MAGGIE D LLC THRU JOHN J CUMMINGS

Issued by the Clerk of Court on the 30 day of APRIL, 2015.

Tammy Foster
Clerk of Court



By: Deputy Clerk of Court

**Pleading Served:**
INTER/RECON & 3RD PARTY DEMAND

Exhibit 46

[ FILED COPY ]

Case Number: 066609 Transaction Date: 4/30/2015 Seq: 13 Page Sequence: 1