**11th JUDICIAL DISTRICT COURT FOR THE PARISH OF SABINE**
**STATE OF LOUISIANA**

JOHN J. CUMMINGS, III; CUMMINGS, CUMMINGS & DUDENHEFER, A PROFESSIONAL LAW CORPORATION; AND, LITTLE PINE ISLAND CORPORATION

VERSUS DOCKET NO: 66,609

CAPITOL PROPERTIES, LLC; NANTUCKET PLAZA, LLC; JACK SINGLETON; AND, NANTUCKET BAY SUBDIVISION, LLC

FILED:_____   DY. CLERK:_____

**DEFENDANTS' SUPPLEMENTAL OPPOSITION TO**
**PLAINTIFFS' EX-PARTE MOTION TO AMEND AND SEVER**

**MAY IT PLEASE THE COURT:**

This entire action was originally instituted in Orleans Parish, Louisiana. The action involves multiple claims involving multiple parties. Defendants filed an Exception of Improper Venue and an Exception of Improper Cumulation of Actions in the Orleans Parish original suit filing. The exceptions were set for hearing and the court in Orleans Parish issued a single ruling finding the Exceptions of Improper Venue to be well founded and correspondingly ordered this entire case to be transferred to this court in Sabine Parish.

Subsequently, Defendants filed their Answer, Reconventional Demand and Intervention of Christina Singleton asserting multiple causes of action against multiple parties connected by a common thread, being the conduct of Mr. Cummings.

Therefore, there is no longer a need for Defendants to pursue their Exception of Improper Cumulation of Actions inasmuch as that exception has become moot as a consequence of Defendant's filings of responsive pleadings in this court.

Accordingly, the court is requested to dismiss Defendant's Exception of Improper Cumulation of Actions and to also deny Plaintiff's Motion to Sever.

Respectfully submitted,

DOLLAR LAW FIRM, LLC
Post Office Box 14310
Monroe, Louisiana 71207-4310
Telephone: 318/387-9000
Facsimile: 318/387-9976

By:_____
Johnny E. Dollar, #05004
johnny.dollar@thedollarlawfirm.com
Counsel for Capitol Properties, LLC, et al

[1]

Exhibit 47

CERTIFICATE OF SERVICE

    I hereby certify that the undersigned delivered a copy of the foregoing to those parties listed below, via facsimile and thereafter via United States Mail, postage prepaid and properly addressed for delivery to:

    R. Patrick Vance
    Laura F. Ashley
    Tyler J. Rench
    JONES WALKER, LLP
    201 St. Charles Avenue, Suite 5100
    New Orleans, Louisiana 70170.

Monroe, Louisiana, this __27__ day of April, 2015.

                                           Of Counsel