## NOTICE OF SERVICE

| | |
|---|---|
| JOHN J CUMMINGS III, ET AL | Case: 066609<br>Division:<br>11th Judicial District Court |
| Versus | Parish of Sabine |
| CAPITOL PROPERTIES LLC, ET AL | State of Louisiana |

TO: JOHNNY E DOLLAR
　　DOLLAR LAIRD, LLP
　　P. O. BOX 14310
　　MONROE, LA  712074310

Date of Service: April 22, 2015

Number of Service: 1

Personal/Domiciliary: PETER J BABIN/DOMICILIARY

Issued by the Clerk of Court on the 4 day of MAY, 2015.

　　　　　　　　　　　　　　　　　Tammy Foster
　　　　　　　　　　　　　　　　　Clerk of Court



**Pleading Served:**
*INTERVENTION/REC DEM/3RD PARY DEMAND*　By: Deputy Clerk of Court

# Exhibit 48

[ FILED COPY ]

Case Number: 066609 Transaction Date: 5/4/2015 Seq: 6 Page Sequence: 1