UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN J. CUMMINGS, III; CUMMINGS, CUMMINGS & DUDENHEFER, A PROFESSIONAL LAW CORPORATION; AND LITTLE PINE ISLAND CORPORATION,<br><br>Versus<br><br>CAPITOL PROPERTIES, LLC; NANTUCKET PLAZA, LLC; JACK SINGLETON; AND NANTUCKET BAY SUBDIVISION, LLC. | CIVIL ACTION NO.<br><br>SECTION<br><br>MAGISTRATE JUDGE<br><br>JUDGE |

**CONSENT TO REMOVAL**

Pursuant to 28 U.S.C. § 1441(c)(2) and by and through their undersigned counsel who have been authorized to sign this consent, Counter-Defendants John J. Cummings, III, Cummings, Cummings & Dudenhefer, A Professional Law Corporation, and Little Pine Island Corporation, and without waiving any exceptions, positions, rights or defenses under either the Louisiana Code of Civil Procedure or the Federal Rules of Civil Procedure, including but not limited to those defenses set forth in Fed. R .Civ. P. 12(b), hereby join and consent to removal of the case entitled "*John J. Cummings, III, Cummings, Cummings & Dudenhefer, a Professional Law Corporation, and Little Pine Island Corporation, v. Capitol Properties, LLC, Nantucket Plaza, LLC, Jack Singleton and Nantucket Bay Subdivision, LLC,*" bearing Docket number 66609, from the Eleventh Judicial District Court for the Parish of Sabine, State of Louisiana, to the United States District Court for the Western District of Louisiana.

Dated this 7th day of May, 2015.

Exhibit 49

Respectfully submitted,

*/s/ Laura F. Ashley*
R. PATRICK VANCE (LA #13008)
LAURA F. ASHLEY (LA #32820)
TYLER J. RENCH (LA #34049)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8118
Facsimile: (504) 589-8118
pvance@joneswalker.com
lashley@joneswalker.com
trench@joneswalker.com
*Counsel for Plaintiffs, Counter-Defendants, and Third Party Defendants*

{N3020242.1}