UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JOHN J. CUMMINGS, III; CUMMINGS, CUMMINGS & DUDENHEFER, A PROFESSIONAL LAW CORPORATION; AND LITTLE PINE ISLAND CORPORATION,<br><br>Versus<br><br>CAPITOL PROPERTIES, LLC; NANTUCKET PLAZA, LLC; JACK SINGLETON; AND NANTUCKET BAY SUBDIVISION, LLC. | CIVIL ACTION NO. 15-01654<br><br>Magistrate Judge Mark L. Hornsby<br><br>Judge S. Maurice Hicks |

## CORPORATE DISCLOSURE STATEMENT OF THIRD PARTY DEFENDANTS AND PLAINTIFFS/COUNTER-DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 5.6 of the United States District Court for the Western District of Louisiana, Third Party Defendants, Maggie D, LLC ("**Maggie D**") and SHJJ, LLC ("**SHJJ**"), and Plaintiffs/Counter-Defendants, Cummings, Cummings & Dudenhefer, A Professional Law Corporation ("**CCD**") and Little Pine Island Corporation ("**Little Pine**"), file their corporate disclosure statement and disclose as follows:

1. There are no parent corporations to Maggie D, SHJJ, CCD, or Little Pine.

2. No publicly held corporation owns 10% or more of the Maggie D, SHJJ, CCD, or Little Pine.

Dated this 22nd day of May, 2015.

Respectfully submitted,

*/s/ Laura F. Ashley*
R. PATRICK VANCE (LA #13008)
LAURA F. ASHLEY (LA #32820)
TYLER J. RENCH (LA #34049)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8118
Facsimile: (504) 589-8118
pvance@joneswalker.com
lashley@joneswalker.com
trench@joneswalker.com
*Counsel for Plaintiffs, Counter-Defendants, and Third Party Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2015, a copy of the foregoing pleading was filed and served upon all counsel of record through this Court's CM/ECF system as indicated below:

Johnny E Dollar  -  johnny.dollar@thedollarlawfirm.com, james.buckley@thedollarlawfirm.com, marilyn.averitt@thedollarlawfirm.com

R Patrick Vance  -  pvance@joneswalker.com, nwiebelt@joneswalker.com

James Gordon Buckley -  james.buckley@thedollarlawfirm.com

Justin William Stephens  -  jstephens@bakerdonelson.com

Brian E Dollar  -  brian.dollar@thedollarlawfirm.com, marilyn.averitt@thedollarlawfirm.com

_/s/ Laura F. Ashley_  
LAURA F. ASHLEY
