UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JOHN J. CUMMINGS, III, et al.<br>  Plaintiffs, | CIVIL ACTION NO. 5:15-CV-01654 |
| v. | JUDGE S. MAURICE HICKS |
| CAPITOL PROPERTIES, LLC, et al.<br>  Defendants. | MAGISTRATE MARK L. HORNSBY |

**STIPULATION OF DISMISSAL**

NOW INTO COURT, through undersigned counsel, come plaintiffs John J. Cummings, III, Cummings Cummings & Dudenhefer, PLC, and Little Pine Island Corporation, defendants Capitol Properties, LLC, Jack Singleton, Nantucket Plaza, LLC, and Nantucket Bay Subdivision, LLC, intervenor Christina Singleton, and third-party defendants Maggie D, LLC, Peter J. Babin, III, and SHJJ, LLC, which jointly stipulate that this matter is voluntarily **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and attorney's fees.

DATED:  January 7, 2016.

Respectfully submitted,

*s/ Laura F. Ashley*
R. PATRICK VANCE (LA #13008)
LAURA F. ASHLEY (LA #32820)
TYLER J. RENCH (LA #34049)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8336
Facsimile: (504) 589-8336
pvance@joneswalker.com
lashley@joneswalker.com
trench@joneswalker.com

*Counsel for Plaintiffs, John J. Cummings, III,
Cummings Cummings & Dudenhefer, PLC,
and Little Pine Island Corporation, and Third-
Party Defendants, Maggie D, LLC, Peter J.
Babin, III, and SHJJ, LLC*

*s/ Johnny E. Dollar*
JOHNNY E. DOLLAR (LA #5004)
BRIAN E. DOLLAR (LA #33805)
Dollar Law Firm, LLC
Post Office Box 14310
Monroe, Louisiana 712070-4310
Telephone: (318) 387-9000
Facsimile: (318) 387-9976
johnny.dollar@thedollarlawfirm.com
brian.dollar@thedollarlawfirm.com

*Counsel for Defendants, Capitol Properties,
LLC, Jack Singleton, Nantucket Plaza, LLC,
and Nantucket Bay Subdivision, LLC, and
Intervenor Christina Singleton*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of

record, listed below, by filing the same in this Court's CM/ECF System this 7th day of January,

2016.

Johnny E. Dollar – Counsel for Defendants and Intervenor –
johnny.dollar@thedollarlawfirm.com

Brian E. Dollar – Counsel for Defendants and Intervenor –
brian.dollar@thedollarlawfirm.com

*s/ Laura F. Ashley*

2